IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAWANZA SMITH, CARLO BURNEY, BRIAN WYNN CARLON LEWIS and STANLEY HILL, <br><br> Plaintiffs, <br><br> VS. <br><br> IDEAL TOWING, LLC, MICHAEL JAMES, and TISHJA JAMES, and I TOW & TRANSPORT LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO.: 1:16-CV-01359-TWT |

## NOTICE OF FILING ORIGINAL DEPOSITIONS

COMES NOW, IDEAL TOWING, LLC, MICHAEL JAMES, TISHJA JAMES and I TOW & TRANSPORT, LLC, Defendants in the above styled action, and hereby file this, their Notice of Filing Original Depositions for the following individuals:

1. Deposition of Jawanza Smith;

2. Deposition of Carlo Burney;

3. Deposition of Brian Wynn (Volume I);

4. Deposition of Brian Wynn (Volume II);

1

5.     Deposition of Carlon Lewis; and

6.     Deposition of Stanley Hill;

This 18th day of August, 2017.

                                                Respectfully submitted,

                                                **THE BURKE LAW GROUP LLC**

                                                By: */s/ Jordan M. Mahoney*
                                                E. Earle Burke
                                                Ga. Bar No. 095550
                                                Jordan M. Mahoney
                                                Ga. Bar No. 254656
                                                *Counsel for Defendants*

199 Peters Street
Suite A
Atlanta, Georgia 30313
Telephone No.: (404) 688-1210
Facsimile No.:   (404) 688-1251
Email: eburke@burkelawatl.com
Email: jordan.mahoney@burkelawatl.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with L.R. 5.1 (N.D.Ga.) and L.R. 7.1 (b) (N.D.Ga.). Specifically, counsel certifies that he has used 14 pt. Times New Roman as the font in these documents.

This 18th day of August, 2017.

                                                         Respectfully submitted,

                                                **THE BURKE LAW GROUP LLC**

                                                By: */s/ Jordan M. Mahoney*
                                                 E. Earle Burke, Esq.
                                                Ga. Bar No. 095550
                                                Jordan M. Mahoney, Esq.
                                                Ga. Bar No. 254656
                                                *Counsel for Defendants*

199 Peters Street
Suite A
Atlanta, Georgia 30313
Telephone No.: (404) 688-1210
Facsimile No.:  (404) 688-1251
Email: eburke@burkelawatl.com
Email: jordan.mahoney@burkelawatl.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day caused a copy of ***NOTICE OF FILING ORIGINAL DEPOSITIONS*** to be electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mitchell D. Benjamin, Esq.
>Michael A. Caldwell, Esq.
>Email: benjamin@dcbflegal.com
>Email: michaelcaldwell@dcbflegal.com
>DELONG, CALDWELL, BRIDGERS,
>FITZPATRICK & BENJAMIN, LLC
>3100 Centennial Tower
>101 Marietta Street, NW
>Atlanta, Georgia 30303

This 18th day of August, 2017.

>*/s/ Jordan M. Mahoney*
>Jordan M. Mahoney